No. 79–6584.   IN RE TRAPP ET AL.   Appeal from Sup. Ct. Mo. dismissed for want of jurisdiction.

No. 81–1738.   FIRST NATIONAL BANK OF SAINT PAUL *v.* MINNESOTA, BY LORD, ITS TREASURER.   Appeal from Sup. Ct. Minn. dismissed for want of jurisdiction.

No. 81–1614.   ROSENBERG ET AL. *v.* JOHNS-MANVILLE SALES CORP. ET AL.; and

No. 81–1615.   STEINHARDT, EXECUTRIX *v.* JOHNS-MANVILLE CORP. ET AL.   Appeals from Ct. App. N. Y. dismissed for want of jurisdiction.   Treating the papers whereon the appeals were taken as petitions for writs of certiorari, certiorari denied.   JUSTICE BRENNAN took no part in the consideration or decision of these cases.   Reported below: 54 N. Y. 2d 1008, 430 N. E. 2d 1297.

No. 81–1700.   GILLILAND *v.* CITY OF PALMDALE; and GILLILAND ET AL. *v.* COUNTY OF LOS ANGELES.   Appeals from Ct. App. Cal., 2d App. Dist., dismissed for want of substantial federal question.   Reported below: 126 Cal. App. 3d 610, 179 Cal. Rptr. 73 (second case).

No. 81–6202.   ADDISON ET AL. *v.* CITY OF CHESTER.   Appeal from Sup. Ct. S. C. dismissed for want of substantial federal question.

No. 81–6424.   BACIK *v.* PENNSYLVANIA.   Appeal from Pa. Commw. Ct. dismissed for want of substantial federal question.